IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02020-WJM-BNB

CECILIA JACKSON,

Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO,

Defendant.

_____

**ORDER**
_____

      I am informed that this case has been resolved. Accordingly,

      IT IS ORDERED that on or before May 11, 2011, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

      Dated April 27, 2011.

                                               BY THE COURT:

                                               s/ Boyd N. Boland
                                               United States Magistrate Judge