**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02020-WJM-BNB

CECELIA JACKSON,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

This matter comes before the Court on the Stipulated Motion to Dismiss with Prejudice filed May 16, 2011, (ECF No. 31). The Court being fully advised hereby ORDERS as follows:

The Stipulated Motion to Dismiss with Prejudice is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated this 17th day of May, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge